**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**MILFORD ROOP**                                                                 **PLAINTIFF**

v.                                                                     **No. 1:24CV54-GHD-JMV**

**ITAWAMBA COUNTY COURTHOUT, ET AL.**                    **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On April 19, 2024, the court entered an order [12] requiring the petitioner to complete and return the application to proceed as a pauper, including authorization for release – and the certificate signed by the authorized officer. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on May 3, 2024. Though the plaintiff filed an *in forma pauperis* motion, he did *not* return the signed certificate of account – as required by the court's previous order. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b). In light of this order, the motions [9], [15], [16], [18] currently pending in this case are **DISMISSED**.

**SO ORDERED**, this, the 31st day of May, 2024.

/s/ Glen H. Davidson
_____
SENIOR JUDGE